United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Rogelio Fernandez, Plaintiff,<br><br>v.<br><br>Acting Commissioner of Social Security, Kilolo Kijakazi, Defendant. | Civil Action No. 22-22724 -Civ-Scola |

### Order Adopting Report and Recommendations on Plaintiff's Unopposed Motion for Attorneys' Fees and Costs

This matter was referred to United States Magistrate Judge Jonathan Goodman for a report and recommendations on Plaintiff Rogelio Fernandez's motion for attorney's fees and costs under the Equal Access to Justice Act. Judge Goodman has issued a report, recommending that the Court grant the motion and award fees and costs in the requested amount of $7,027.59. (Rep. & Rec., ECF No. 21.) No objections have been filed and the time to do so has passed. Having considered Judge Goodman's report, the record, and the relevant legal authorities, the Court **affirms and adopts** Judge Goodman's report and recommendations (**ECF No. 21**), thus **granting** Fernandez's motion (**ECF No. 20**). As Fernandez sets forth in his motion, he is the prevailing party, the Government's position was not substantially justified, and the fee and cost requests are reasonable. The Court thus awards fees and costs in the amount of **$7,027.59**, to Plaintiff Rogelio Fernandez, made payable directly to Plaintiff's counsel, David B. Goetz, unless Fernandez owes a federal debt.

**Done and ordered** at Miami, Florida on April 11, 2023.

_____
Robert N. Scola, Jr.
United States District Judge